| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Ray V. Hartwell, III
Hunton & Williams LLP
1900 K Street, N.W.
Washington, DC 20006
Phone: (202) 955-1629

FILED
FEB 23 AM 10:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff(s),

CASE NO. CR 09-0045 SI

v.

HSUEH-LUNG "BRIAN" LEE

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).

Pursuant to Civil L.R. 11-3, Ray V. Hartwell, III , an active member in good standing of the bar of the District of Columbia , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Hsueh-Lung "Brian Lee" in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Lindsay E. Goines (SBN 238998), Hunton & Williams LLP, 575 Market Street, Suite 3700, San Francisco, CA 94105, Telephone: (415) 975-3706

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 17, 2009

Ray V. Hartwell, III

IT IS SO ORDERED
Judge Susan Illston